**THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

**IN RE: AXL Musical Instruments Co Ltd Corp,**
**Debtor(s).**
**PO Box 808**
**Millbrae, CA 94030**

**94-3289653**

**Case No. 26-30749 HLB**

**Chapter 7**

---

**Notice of Appearance and Request for Notice**

---

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,
Jonathan Skrmetti
Attorney General and Reporter

/s/ William McCormick
William McCormick
Senior Assistant Attorney General
BPR No. 12718
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: (615) 532-8930 Fax: 615-741-3334
Email: bill.mccormick@ag.tn.gov

CERTIFICATE OF SERVICE

I certify that on September 3, 2026 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ William McCormick
William McCormick
Senior Assistant Attorney General

Office of the U.S. Trustee
450 Golden Gate Ave. 5th Fl.
#05-0153
San Francisco, California 94102

Sarah L. Little
Chapter 7 Trustee
2415 San Ramon Valley Blvd. #4432
San Ramon, CA 94583

Geoff Wiggs
Attorney for the Debtor(s)
Law Office of Geoff Wiggs
1900 South Norfolk St. #350
San Mateo, CA 94403