# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 10/1/2026 |
| Case: 26−30749 | Form ID: FIND | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | Sarah L. Little | sarah@littletrustee.com |
| aty | Geoff Wiggs | ECF@wiggslaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | AXL Musical Instruments Co Ltd Corp | PO Box 808 | Millbrae, CA 94030 |

TOTAL: 1